**STATE of Minnesota, Respondent,**

v.

**Andrew David LARSON, Appellant.**

**No. C9–92–2111.**

Supreme Court of Minnesota.

Aug. 6, 1993.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED (1) that the petition of the state for review be, and the same is, granted and (2) that the decision of the court of appeals is reversed and the judgment of conviction is reinstated 502 N.W.2d 60. The court of appeals, in its 2–1 decision, erred in ruling that the trial court abused its discretion in excluding the evidence in question, which was irrelevant to any of the legitimate issues in the case.